**No. 61452.**—Dorf International, Ltd. *v.* United States, protest 233317–K (B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of high-speed papercutter machines the same in all material respects as those the subject of Abstract 24663, the claim of the plaintiff was sustained.

**No. 61453.**—Victory Mdse. Co., Inc. *v.* United States, protest 295638–K (New York).

Opinion by RAO, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 8, 1958

**No. 61454.**—Bloomingdale Bros., Inc., et al. *v.* United States, protests 171257–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 20 percent under paragraph 1547 (a); and (2) the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 61455.**—The Gren Trading Corp. *v.* United States, protest 295741–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61456.**—Air Clearance Association, Inc. *v.* United States, protest 298026–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.